IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Lucas Delcid, ) | |
| ) | |
| Danielle Harris, ) | Case 8:20-cv-03167-TDC |
| ) | |
| Milena Radulovic, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Michael Isabella, ) | |
| ) | |
| Johannes Allender, ) | |
| ) | |
| Taha Ismail, ) | |
| ) | |
| Dhiandra Olson, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT DHIANDRA OLSON SPECIAL APPEARANCE AND MOTION TO STRIKE ATTEMPTED SERVICE OF PROCESS

Defendant, Dhiandra Olson, by her counsel, makes this special appearance to contest and strike attempted Service of Process. The Summons Complaint were served on Defendant Olson's mother at her parent's home in Maryland, and Defendant Olson does not and has not for years lived there. As such, the attempted Service of Process was improper and should be struck.

Defendant Olson also notes that she was never the Employer of Plaintiffs, she had no financial interest in the restaurant Employer, she was not a director nor an officer of the restaurant Employer, and was herself a mere employee of the Employer. Indeed, Defendant Olson last two paychecks, 4 weeks of pay, bounced and she never received her pay for her last 4 weeks of work. As such Defendant Olson is not a proper Defendant in this action.

4851-7915-0290, v. 1

Respectfully submitted,

DHIANDRA OLSON,

By _____
    Lawrence P. Postol
    MD Fed Bar No. 7500
    Her Attorney

POSTOL LAW FIRM, PC
6842 Elm Street, Suite 300
McLean, Virginia 22101
(517) 378-6368

Dated: November 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing file in was served, via mail and email, this 17th day of November, 2020 upon:

Lindsey Strang Aberg
Ricardo S. Camposanto
Michelle E. Divelbiss
Patrick B. Shaw
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Phone: (202) 912-4700
lstrang@axinn.com
rcamposanto@axinn.com
mdivelbiss@axinn.com
pshaw@axinn.com

Daniel A. Katz
Daniel_Katz@washlaw.org
Hannah E.M. Lieberman
Hannah_Lieberman@washlaw.org
WASHINTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010

_/s/ Lawrence P. Postol_
Lawrence P. Postol