**UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MARYLAND**
**FOR THE DISTRICT OF MARYLAND**

Lucas Delcid, Danielle Harris, Milena Radulovic On Behalf of Themselves and All Others Similary Situated

Plaintiff

v.

Michael Isabella, Johannes Allender, Taha Ismail and Dhiandra Olson

Defendant

Case No.:8:20-cv-03167-TDC

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL RESTRICTED DELIVERY

That I, Shandora A. Burks hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 11/20/2020 at 437 W Palmetto St, Kill Devil Hills, NC 27948-7870 I served Michael Isabella at his last known address with the following documents Summons in a Civil Action, Complaint, Case Management Order by US Certified Mail, Restricted Delivery, Return Receipt Requested, Number 70183090000136795360 signed by S. Isabella, following all the rules for the above listed court.

That a copy of the US Mail Return Receipt is attached.

_SBurks_
Shandora A. Burks
Contracted by Legal Process Servers LLC
10015 Old Columbia Road, #B215
Columbia, MD 21046
(410) 551-6017
affidavit@legalprocessserversllc.com

11/30/20
Executed On:



Order #:L204402
Their File Lucas Delcid