**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Isabella
477 W Palmetto St
Kill Devil Hills, NC 279487870

9590 9402 5166 9122 2289 25

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Isabella
☐ Agent
☐ Addressee

B. Received by (Printed Name)
MS Isabella Roi

C. Date of Delivery
11/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING # NC 275
RALEIGH NC 275

20 NOV 2020 PM 2 L

9590 9402 5166 9122 2289 25

Sender: Please print your name, address, and ZIP+4® in this box•

Legal Process Servers LLC
Affidavit Control
10015 Old Columbia Rd, B-215
Columbia, MD  21046-1703

United States
Postal Service