IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Lucas Delcid, | ) |
| Danielle Harris, | ) Case 8:20-cv-03167-TDC |
| Milena Radulovic, | ) |
| Plaintiffs, | ) |
| v. | ) |
| Michael Isabella, | ) |
| Johannes Allender, | ) |
| Taha Ismail, | ) |
| Dhiandra Olson, | ) |
| Defendants. | ) |

**DEFENDANT DHIANDRA OLSON OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND DEFENDANT'S OLSON MOTION TO DISMISS**

Defendant, Dhiandra Olson, by her counsel, pursuant to her special appearance, respectfully submits this Opposition to Plaintiffs' letter motion for extension of time to serve process, and Defendant hereby moves for an order dismissing the Complaint against her.

As detailed in Defendant Olson January 15, 2021 opposition to the Plaintiff s' motion for alternative service, she has not evaded service, but rather the Plaintiffs have not been diligent in their efforts to serve Defendant Olson . She has not changed her residence, nor her normal activities. Rather, the process server simply has not made the effort to do his job properly.

Defendant Olson, a person of limited income and means, should not have this litigation hanging over her head any longer. Thus, Plaintiffs' motion should be denied, and the Complaint against Defendant Olson should be dismissed for lack of timely service.

## CONCLUSION

Plaintiff's motion should be denied with respect to Defendant Olson, and Defendant Olson's motion to dismiss should be granted, and Defendant Olson should be dismissed from this case for lack of timely service.

Respectfully submitted,

DHIANDRA OLSON,

By _____
Lawrence P. Postol
MD Fed Bar No. 7500
Her Attorney

POSTOL LAW FIRM, PC
6842 Elm Street, Suite 300
McLean, Virginia 22101
(517) 378-6368

Dated: March 24, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT DHIANDRA OLSON OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND DEFENDANT'S OLSON MOTION TO DISMISS** was served, via mail and email, this 24th[th] day of March, 2021 upon:

>Lindsey Strang Aberg
>Ricardo S. Camposanto
>Michelle E. Divelbiss
>Patrick B. Shaw
>AXINN, VELTROP & HARKRIDER LLP
>950 F Street, NW
>Washington, DC 20004
>Phone: (202) 912-4700
>lstrang@axinn.com
>rcamposanto@axinn.com
>mdivelbiss@axinn.com
>pshaw@axinn.com
>
>
>Daniel A. Katz
>Daniel_Katz@washlaw.org
>Hannah E.M. Lieberman
>Hannah_Lieberman@washlaw.org
>WASHINTON LAWYERS' COMMITTEE
>FOR CIVIL RIGHTS AND URBAN AFFAIRS
>700 14th Street NW, Suite 400
>Washington, DC 20005
>Phone: (202) 319-1000
>Fax: (202) 319-1010
>
>Dan Press
>Chung & Press, P.C.
>6718 Whittier Ave. #200
>McLean, VA 22101
>703-734-3800
>703-734-0590 fax
>703-725-7600 mobile
>dpress@chung-press.com

                                                         _/s/ Lawrence P. Postol_
                                                       Lawrence P. Postol