**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| Delcid, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 8:20-cv-03167-CBD |
| ) | |
| Isabella, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CONSENT TO JOIN ACTION

Pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file this Consent to become party plaintiff in the above-captioned case on behalf of Juan Raul Hernandez Martinez. The signed consent form is attached as Exhibit A.


Dated: September 24, 2021            Respectfully submitted,

By: */s/ Kail J. Jethmalani*
Kail J. Jethmalani, Bar No. 22873
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Phone: (212) 261-5649
Fax: (212) 728-2201
kjethmalani@axinn.com

*/s/ Lindsey Strang Aberg*
Lindsey Strang Aberg, Bar No. 21576
Ricardo S. Camposanto, Bar No. 21568
Patrick B. Shaw, Bar No. 21572
AXINN, VELTROP & HARKRIDER LLP
1901 L St. NW
Washington, DC 20036
Phone: (202) 912-4700
Fax: (202) 912-4701
lstrang@axinn.com
rcamposanto@axinn.com
pshaw@axinn.com

Kaitlin Banner, Bar No. 1000436 (*pro hac vice* application forthcoming)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
Kaitlin_Banner@washlaw.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, a copy of the foregoing was served on all counsel of record via the Court's ECF system.

By: /s/ *Kail J. Jethmalani*
Kail J. Jethmalani, Bar No. 22873