## CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I represent to the Court that I have worked for ReqWharf LLC d/b/a Requin between October, 2017 and December 22, 2018, and during this time, Michael Isabella, Johannes Allender, Taha Ismail, Dhiandra Olson, and any other proper defendant, failed to properly compensate me for my work. I agree to join the collective action brought to recover unpaid wages, liquidated damages, and all other relief provided under the Fair Labor Standards Act and any other applicable federal or state law. I also designate the named Plaintiffs, Lucas Delcid, Danielle Harris, and Milena Radulovic, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

## CONSENTIMIENTO PARA UNIRSE A LA ACCIÒN COLECTIVA

Por la firma abajo, represento al Tribunal que he trabajado por ReqWharf LLC d/b/a Requin entre Octubre, 2017 y Diciembre 22, 2018, y durante este tiempo, Michael Isabella, Johannes Allender, Taha Ismail, Dhiandra Olson, y cualquier otro demandado apropiado, me negaba el pago correcto para el trabajo que hice. Acepto unirme la acción colectiva presentó para recuperar el pago retribuido, los daños líquidos, y otra reparación judicial provista por la Ley de Normas Justas de Trabajo (FLSA) y cualquier otra ley federal o estadal que sean aplicables. Yo también designo los demandantes nombrados, Lucas Delcid, Danielle Harris, y Milena Radulovic, en la medida lo más posible, como mis agentes para tomar decisiones en mi nombre sobre el litigio, el método y manera de conducir el litigio, compensación debida a mis abogados, y todos los demás asuntos relacionados con esta demanda.

08/30/2021
Date / Fecha

_____
Signature / Firma

Juan Raul Hernandez Martinez
Printed name / Nombre en letras de imprenta

3005 Curtis Dr.
Street address / Dirección

Temple Hills, MD 20748
City, state, zip code / Ciudad, estado, código postal

(301) 917 5882
Telephone number / Número de teléfono